**Roxann J. FRANKLIN-MASON,**
**Plaintiff-Appellant**

v.

**UNITED STATES, Defendant-Appellee**

**2016-1985**

United States Court of Appeals,
Federal Circuit.

July 14, 2017

LISA ALEXIS JONES, Lisa Alexis Jones, PLLC, New York, NY, argued for plaintiff-appellant.

COURTNEY D. ENLOW, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., REGINALD T. BLADES, JR.

(Lourie, Moore, and O'Malley, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**